# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

160270

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERALD DAN HARGROVE,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
               Justices

SC: 160270
COA: 344352
Shiawassee CC: 2017-009816-FC

_____/

On order of the Court, the application for leave to appeal the July 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



a0408

Clerk